IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No  C-04-3642 VRW |
| Plaintiff, | ORDER TO SHOW CAUSE |
| v | |
| ALL FUNDS, INCLUDING CASH AND SECURITIES, LESS MARGIN, CONTAINED IN SMITH BARNEY BROKERAGE ACCOUNT NO 428-79380-15 HELD IN THE NAME OF DYKE LIMITED, | |
| Defendant. / | |

Over a month has passed since the clerk entered defendant's default in this action.  Doc #20 (clerk's notice of entry of default, filed May 2, 2005).  No further papers have been filed in this case.  Accordingly, plaintiff is ORDERED TO SHOW CAUSE in writing by June 24, 2005, why this action should not be dismissed pursuant to FRCP 41(b) for failure to prosecute.  The

/

/

/

1  filing of a motion for judgment by default pursuant to FRCP
2  55(b)(2) is sufficient to discharge this order to show cause.

        IT IS SO ORDERED.



                        **VAUGHN R WALKER**

                        **United States District Chief Judge**