KEVIN V. RYAN (CSBN 118321)
United States Attorney

EUMI L. CHOI (WVBN 0722)
Chief, Criminal Division

STEPHANIE M. HINDS (CSBN 154284)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, CA 94102
    Telephone: (415) 436-6816
    Facsimile: (415) 436-6748
    email: stephanie.hinds@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. C 04-3642 VRW |
| Plaintiff, | |
| v. | STIPULATED SETTLEMENT AGREEMENT AND [PROPOSED] ORDER |
| ALL FUNDS, INCLUDING CASH AND SECURITIES, LESS MARGIN, CONTAINED IN SMITH BARNEY BROKERAGE ACCOUNT NO. 428-79380-15 HELD IN THE NAME OF DYKE LIMITED, | |
| Defendants. | |

    In full settlement of all claims and disputes arising from and related to the captioned forfeiture action, plaintiff United States of America, and claimant Liquidating Trust of U.S. Wireless Corporation, hereby stipulate and agree as follows:

    1. On August 27, 2004, the United States commenced the instant action with the filing of a Complaint For Forfeiture. In its Complaint, the United States alleges that the account containing the defendant funds and securities (hereinafter "defendant funds") constitutes or is derived from proceeds traceable the fraudulent sale of securities illegally obtained from U.S. Wireless Corporation (hereinafter "U.S.W.C.") and involved in money laundering transactions, and is thus subject to forfeiture, pursuant

to Title 18, United States Code, Sections 981(a)(1)(A) and (C).

2. Pursuant to a warrant of arrest *in rem* issued by the Court on August 27, 2004, the United States restrained the defendant funds where they have been maintained in an account in the custody of Eric M. Schmidt, Senior Vice President, Global Corporate and Investment Bank, Citigroup, 77 Water Street, New York, New York, pending further order of this Court. As of February 22, 2005, the account balance for the defendant funds is $ 83,431.21.

3. Claimant Liquidating Trust of U.S. Wireless Corporation, et al. (hereinafter the "Liquidating Trust") filed a claim to the defendant funds on behalf of U.S.W.C. on the grounds that the defendant funds represent the proceeds of property embezzled from U.S.W.C. Prior to the filing of the claim, the Liquidating Trust acquired all of U.S.W.C.'s assets.

4. The United States recognizes the Liquidating Trust's claim as valid and agrees that the defendant funds, less any expenses and costs borne by plaintiff for publication in connection with this forfeiture action, shall be remitted to the Liquidating Trust, by and through its Trustee, Neil Gilmour, III, Liquidating Trustee, Executive Sound Board Associates, 1300 North Market Street, Suite 306, Wilmington, Delaware 19801. As of June 16, 2005, plaintiff's costs for publication associated with this forfeiture action total $705.90.

5. Liquidating Trust agrees to waive any and all claims and challenges contesting the seizure and detention of the defendant funds in connection with this forfeiture action.

6. Each party shall bear their own attorneys fees and costs not otherwise accounted for in this agreement.

7. The parties further agree that the disposition of the under this agreement is contingent upon the Court entry of a final order which terminates all other competing interests to the defendant

//
//

property and orders the liquidation of the defendant funds and securities.

SO STIPULATED:

Dated: 8/27/05

STEPHANIE M. HINDS
Assistant United States Attorney

Dated: 8/25/5

CHRIS D. KUHNER, ESQ.
Attorney for Claimant
Liquidating Trust of U.S. Wireless Corporation

[PROPOSED] ORDER

Based upon the above stipulation and settlement agreement and all pleadings filed herein, the Court hereby finds that the Liquidating Trust of U.S. Wireless Corporation, et al. (hereinafter the "Liquidating Trust") holds a valid claim as to the defendant funds and securities (hereinafter "funds").

Accordingly, it is HEREBY ORDERED that plaintiff direct or cause the custodian of the funds - Eric M. Schmidt, Senior Vice President, Global Corporate and Investment Bank, Citigroup, 77 Water Street, New York, New York - to liquidate the account containing the defendant funds and transfer said funds over to the United States Marshal Service. The United States Marshal Service shall then remit said funds to claimant Liquidating Trust of U.S. Wireless Corporation, et al.,by and through its Trustee, Neil Gilmour, III, Liquidating Trustee, Executive Sound Board Associates, 1300 North Market Street, Suite 306, Wilmington, Delaware 19801, in the same amount, less $705.90 for plaintiff's publication costs in connection with this forfeiture action.

IT IS FURTHER ORDERED that claimant Liquidating Trust waives any and all claims and challenges which directly or indirectly relate to the seizure and detention of the defendant funds in connection with this forfeiture action.

IT IS FURTHER ORDERED that each party bear its own attorneys fees and costs not specifically accounted for in this agreement.

IT IS FURTHER ORDERED that the disposition of funds as contemplated under this agreement

is contingent upon the Court entering a final order which terminates all other competing interests to the defendant funds and orders the liquidation of the defendant funds and securities.

IT IS SO ORDERED.

Dated: October 28, 2005



VAUGHN
United States District Judge

STIPULATED SETTLEMENT AGREEMENT
C 04-3642 VRW

4

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Northern District of California and is a person of such age and discretion to be competent to serve papers. The undersigned further certifies that she caused a copy STIPULATED SETTLEMENT AGREEMENT AND [PROPOSED] ORDER to be served on this date via first class mail delivery upon the person below at the place and address which is the last known address:

Chris D. Kuhner, Esq
Kornfield Paul & Nyberg
1999 Harrison Street, Suite 800
Oakland, CA 94612

Jennifer L. Scoliard, Esq
919 Market Street, Suite 1000
Wilmington, DE 19801

Eric M. Schmidt, Senior Vice President
Global Corporate & Investment Bank
77 Water Street
New York, NY 10005

Neil Gilmour, III, Liquidating Trustee
Executive Sound Board Associates
1300 North Market Street, Suite 306
Wilmington, Delaware 19801

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 29th day of August, 2005, at San Francisco, California.

_____
CAROLYN JUSAY
Legal Assistant/AFU